

**The following constitutes the order of the court.
Signed August 17, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Carmen Breen,<br><br>            Debtor.<br>_____ | No. 16-40958<br>Chapter 13 |

**MEMORANDUM RE: LETTER FROM CREDITORS**

      On July 1, 2016, Debtor filed the *Motion to Avoid Lien with James R. and Dennise M. Cantwell, Motion Setting Property Value* (doc. 30) (the "Motion"). The Motion was properly noticed and served on Creditors James and Dennise Cantwell. As conspicuously stated on the *Notice and Opportunity for Hearing* (doc. 32), the deadline to object to the Motion was 21 days after service. The *Certificate of Service* (doc .33), which was filed under penalty of perjury, indicates that service was executed on July 1, thereby making the deadline to object July 22, 2016. On August 4, 2016, Debtor's counsel filed the *Declaration of Eduardo Gonzalez in Support of Request for Default Order* (doc. 46), also under penalty of perjury, indicating that no opposition to the Motion was either received by Debtor's counsel or filed on the docket. Debtor's counsel concurrently uploaded a proposed order for the Court's review.

1  On August 9, 2016, the Court entered the *Order Granting Debtor's Motion to Value Collateral
2  Avoid Lien of James and Denise Cantwell* (doc. 52) (the "Order").
3  On August 10, 2016, the Court received a document from Creditors James and Dennise
4  Cantwell that can best be described as an opposition to the Motion.  The Court notes that
5  although the document was not properly filed, it will be uploaded to the docket.  However, the
6  Court will not consider the document as it was not a timely opposition to the Motion.  If the
7  Creditors James and Dennise Cantwell wish to pursue relief from the Order, they must do so in
8  a procedurally proper manner.

**\*END OF MEMORANDUM\***

# **COURT SERVICE LIST**

All ECF Participants.

James and Dennise Cantwell
1511 W. Balboa Blvd.
Newport Beach, CA 92663